CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

MELISSA T. DAUGHERTY (SBN: 227451)
Melissa.Daugherty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Attorney for Defendants
Attorneys for Defendants
Big 7 Motel, Ltd, Big 7 Motel, Inc., and Rubio's Restaurants, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, <br><br> Plaintiff, <br><br> v. <br><br> BIG 7 MOTEL, LTD., a California Limited Partnership; BIG 7 MOTEL, INC., a California Corporation; RUBIO'S RESTAURANTS, INC., a Delaware Corporation; and Does 1-10, <br><br> Defendants. | Case: 3:19-CV-01246-CAB-MDD <br><br> **JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

# **MOTION**

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 18, 2019        CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff

Dated: December 18, 2019        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: /s/ Melissa T. Daugherty
                                    Melissa T. Daugherty
                                    Attorneys for Defendants
                                    Big 7 Motel, Ltd, Big 7 Motel, Inc.,
                                    and Rubio's Restaurants, Inc.

Joint Motion for Dismissal                Case: 3:19-CV-01246-CAB-MDD

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Melissa T. Daugherty, counsel for Big 7 Motel, Ltd, Big 7 Motel, Inc., and Rubio's Restaurants, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: December 18, 2019          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff